IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO CORREA,

        Plaintiff,                       ORDER

      v.                             16-cv-481-wmc

SGT. WALLACE, *et al.*,

        Defendants.

Plaintiff Antonio Correa filed this proposed civil action alleging violation of his constitutional rights at the Wisconsin Secure Program Facility. On November 22, 2017, the court entered an order granting Correa leave to proceed on several claims in this case. The court's order, however, has been returned because Correa was released from custody and has failed to provide an updated address. (Dkt. # 11.)

It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for maintaining communication with the court during the pendency of his lawsuit."). Correa has failed to provide the court with an accurate, current

1

address. Because Correa has failed to provide a current address, it appears that he has abandoned this case.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff Antonio Correa is DISMISSED without prejudice for want of prosecution. Relief from this order may be granted upon a showing of good cause.

Entered this 19th day of December, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge