IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO CORREA,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

v.	16-cv-481-wmc

GARY BOUGHTON,
SGT. WALLACE and C.O. HAACK,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

| /s/ | 12/19/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |